**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| RYAN O'DELL,<br><br>Plaintiff,<br><br>v.<br><br>VMWARE, INC., NICOLE ANASENES, ANTHONY BATES, MARIANNE BROWN, MICHAEL BROWN, MICHAEL DELL, KENNETH DENMAN, EGON DURBAN, KAREN DYKSTRA, RAGHU RAGHURAM, and PAUL SAGAN,<br><br>Defendants. | : | No. 1:22-cv-06352-PKC |

**NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ryan O'Dell hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: November 1, 2022

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

/s/ Benjamin Y. Kaufman
Benjamin Y. Kaufman (BK1863)
270 Madison Avenue
New York, New York 10016
Tel: (212) 545-4600
kaufman@whafh.com

*Attorneys for Plaintiff*

813078